No. 85–1477. LUCY, PERSONAL REPRESENTATIVE OF THE ESTATE OF LUCY, ET AL. v. AMOCO OIL CO. C. A. 6th Cir. Motions of Concerned Leaders in Government, Education and Business and Service Station Dealers of America, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 85–6170. PRESCOTT v. NEW YORK. Ct. App. N. Y. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 85–6495. HOLCOMB v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 83–6950. MAY v. KROGER CO. ET AL., 469 U. S. 847; and

No. 84–1538. FISHER ET AL. v. CITY OF BERKELEY, CALIFORNIA, ET AL., *ante*, p. 260. Petitions for rehearing denied. JUSTICE BRENNAN took no part in the consideration or decision of these petitions.